HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
W. DANIEL CLINTON - 53306
CHRISTINA A. LUINI - 238548
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
dclinton@hansonbridgett.com
cluini@hansonbridgett.com

Attorneys for Plaintiff
MACLELLAN INDUSTRIAL SERVICES CALIFORNIA, LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACLELLAN INDUSTRIAL SERVICES CALIFORNIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LOCAL UNION NO. 1176, Affiliated with INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, AFL-CIO-CLC, and DISTRICT COUNCIL 16 of the INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, AFL-CIO-CLC, <br><br> Defendants. | No. C 06 4021 MJJ <br><br> **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND UAW'S MOTION TO INTERVENE AND MODIFIED BRIEFING SCHEDULE** <br><br> Date: August 22, 2006 <br> Time: 9:30 a.m. <br> Courtroom 11, 19th Fl. <br> Judge: Hon. Martin J. Jenkins <br> Action Filed: June 28, 2006 <br> Trial Date: Not assigned. |

## STIPULATION

Pursuant to Local Rule 6-2, the parties stipulate as follows:

1. The International Union, United Automobile, Aerospace & Agricultural Implement Workers of America, AFL-CIO, CLC ("UAW"), which is not currently a party to the case, filed a Motion to Intervene as a defendant on August 1, 2006.

3. The UAW would like to participate in the hearing on Plaintiff's Motion for a Preliminary Injunction. Because the UAW's Motion to Intervene, if filed according to the

- 1 -
STIP TO CONT HEARING ON PLTF'S MTN FOR PI, UAW'S MTN TO INTERVENE AND
MODIFY BRIEFING SCHEDULE (CASE NO. C 06 4021 MJJ)

1268005.1

1  Court's ordinary schedule, could not be heard and decided until after the August 22 hearing on
2  Plaintiff's preliminary injunction motion, the parties agreed that the UAW's Motion to Intervene
3  could be filed and heard on shortened time. A Stipulation and [Proposed] Order Shortening Time
4  on UAW's Motion to Intervene was filed with this Court on August 1, 2006. As of the morning
5  of August 4, 2006, the Court had not yet issued an order approving this stipulation.

6         3.      After reviewing UAW's papers submitted in support of its Motion to Intervene and
7  in Opposition to Plaintiff's Motion for Preliminary Injunction, the parties conferred again and
8  agreed that the hearings on these motions should be continued and the time for briefing modified
9  so as to allow all parties a full and fair opportunity to respond.

10         4.      The parties agree that UAW's Motion to Intervene and Plaintiff's Motion for a
11  Preliminary Injunction may be continued to September 26, 2006, the next day on which the Court
12  is currently available to hear motions.

13         4.      Concurrent with the continuance of the hearing, the parties agree to the following
14  briefing schedule for Plaintiff's Motion for Preliminary Injunction:

             Plaintiff's Reply due:      September 12, 2006

       5.      The parties further agree to the following briefing schedule for UAW's Motion to
Intervene:

             Plaintiff's Opposition due:    August 24, 2006

             UAW's Reply due:      September 8, 2006

21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

08-04-06  12:01pm  From-HANSON BRIDGETT                    +4155419366          T-953   P.04/08   F-260

| | | |
|---|---|---|
| 1 | DATED: August 4, 2006 | HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP |
| 2 | | |
| 3 | | By: /s/ Christina Lumi |
| 4 | | CHRISTINA A. LUMI<br>Attorneys for Plaintiff |
| 5 | | MACLELLAN INDUSTRIAL SERVICES CALIFORNIA, LLC. |
| 6 | DATED: August 4, 2006 | WEINBERG, ROGER & ROSENFELD, APC |
| 7 | | |
| 8 | | |
| 9 | | By: /s/ |
| 10 | | DAVID A. ROSENFELD<br>Attorneys for Defendants |
| 11 | | LOCAL UNION NO. 1176, and DISTRICT COUNCIL 16 |
| 12 | DATED: August ___, 2006 | ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN |
| 13 | | |

By: _____
JONATHAN WEISSGLASS
Attorneys for Proposed Intervenor

INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, AFL-CIO, CLC

## PROPOSED ORDER

Pursuant to the parties' stipulation, Plaintiff's Motion for Preliminary Injunction may be continued to September 26, 2006, at 9:30 a.m. with the following briefing schedule:

Plaintiff's Reply brief due:        September 12, 2006

Pursuant to the parties' stipulation, UAW's Motion to Intervene will be heard on September 26, 2006, at 9:30 a.m. with the following briefing schedule:

- 3 -

STIP TO CONT HEARING ON PLTF'S MTN FOR PI, UAW'S MTN TO INTERVENE AND                    1268005.1

| | |
|---|---|
| DATED: August 4, 2006 | HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP<br><br>By: *Christina Luini*<br>CHRISTINA A. LUINI<br>Attorneys for Plaintiff<br>MACLELLAN INDUSTRIAL SERVICES CALIFORNIA, LLC. |
| DATED: August ___, 2006 | WEINBERG, ROGER & ROSENFELD, APC<br><br>By: _____<br>DAVID A. ROSENFELD<br>Attorneys for Defendants<br>LOCAL UNION NO. 1176, and DISTRICT COUNCIL 16 |
| DATED: August 4, 2006 | ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN<br><br>By: *Jonathan Weissglass*<br>JONATHAN WEISSGLASS<br>Attorneys for Proposed Intervenor<br>INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, AFL-CIO, CLC |

## ~~PROPOSED ORDER~~

Pursuant to the parties' stipulation, Plaintiff's Motion for Preliminary Injunction may be continued to September 26, 2006, at 9:30 a.m. with the following briefing schedule:

Plaintiff's Reply brief due:    September 12, 2006

Pursuant to the parties' stipulation, UAW's Motion to Intervene will be heard on September 26, 2006, at 9:30 a.m. with the following briefing schedule:

- 3 -

STIP TO CONT HEARING ON PLTF'S MTN FOR PI, UAW'S MTN TO INTERVENE AND MODIFY BRIEFING SCHEDULE (CASE NO. C 06 4021 MJJ)    1208005 1

Received    08-04-06    12:53pm    From-415 7889194    To-HANSON BRIDGETT    Page 02

| | | |
|---|---|---|
| 1 | Plaintiff's Opposition due: | August 24, 2006 |
| 2 | UAW's Reply due: | September 8, 2006 |

IT IS SO ORDERED.

8/4/2006

_____
Hon. Martin J. Jenkins
United States District Judge

- 4 -

STIP TO CONT HEARING ON PLTF'S MTN FOR PI, UAW'S MTN TO INTERVENE AND MODIFY BRIEFING SCHEDULE (CASE NO. C 06 4021 MJJ)

1268005.1