DAVID A. ROSENFELD, Bar No. 058163
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACLELLAN INDUSTRIAL SERVICES CALIFORNIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LOCAL UNION NO. 1176, Affiliated with INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, AFL-CIO-CLC, and DISTRICT COUNCIL 16 of the INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, AFL-CIO-CLC, <br><br> Defendant. | No. C-06 4021 MJJ <br><br> **STIPULATION FOR DISMISSAL AND ORDER** |

It is hereby stipulated by and between the parties through their respective counsel that the above-entitled matter is dismissed with prejudice. Each party shall bear its own cost and fees. This dismissal shall be effective January 12, 2007.

Dated: January 9, 2007

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ David A. Rosenfeld
DAVID A. ROSENFELD
Attorneys for Defendant, LOCAL UNION NO. 1176, Affiliated with INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, AFL-CIO-CLC, and DISTRICT COUNCIL 16 of the INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, AFL-CIO-CLC

Dated: January 10, 2007

HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY, LLP

By: /s/ W. Daniel Clinton
W. DANIEL CLINTON
Attorneys for Plaintiff, MACLELLAN INDUSTRIAL SERVICES CALIFORNIA, LLC,

Dated: _____

ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN

By: _____
CLAIRE P. PRESTEL
Attorneys for Intervenor, UAW

[ ] ORDER

Pursuant to Stipulation, it is so ordered.

Dated: 1/16/2007

/s/ Martin J. Jenkins
THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

113400/443839

- 2 -

Stipulation for Dismissal (Case C-06-4021 MJJ)

It is hereby stipulated by and between the parties through their respective counsel that the above-entitled matter is dismissed with prejudice. Each party shall bear its own cost and fees. This dismissal shall be effective January 12, 2007.

Dated: January 9, 2007

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

        By: _____
        DAVID A. ROSENFELD
        Attorneys for Defendant, LOCAL UNION NO. 1176, Affiliated with INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, AFL-CIO-CLC, and DISTRICT COUNCIL 16 of the INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, AFL-CIO-CLC

Dated: _____

        HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY, LLP

        By: _____
        W. DANIEL CLINTON
        Attorneys for Plaintiff, MACLELLAN INDUSTRIAL SERVICES CALIFORNIA, LLC,

Dated: January 10, 2007

        ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN

        By: _____
        CLAIRE P. PRESTEL
        Attorneys for Intervenor, UAW

[PROPOSED] ORDER

Pursuant to Stipulation, it is so ordered.

Dated: _____

        _____
        THE HONORABLE MARTIN J. JENKINS
        UNITED STATES DISTRICT JUDGE

113400/443839